

Activity in Case 7:13-cv-05948-VB Owens v. Textron Financial Corporation Appeal Record Sent to USCA - Electronic File
NYSD_ECF_Pool
to:
CourtMail
07/25/2014 12:04 PM
Hide Details
From: NYSD_ECF_Pool@nysd.uscourts.gov
To: CourtMail@nysd.uscourts.gov,

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/25/2014 at 12:03 PM EDT and filed on 7/25/2014
**Case Name:**         Owens v. Textron Financial Corporation
**Case Number:**   7:13-cv-05948-VB
**Filer:**
**WARNING: CASE CLOSED on 07/15/2014**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [26] Notice of Appeal, filed by Frank Owens were transmitted to the U.S. Court of Appeals. (tp)**

**7:13-cv-05948-VB Notice has been electronically mailed to:**

Morton I. Baum  baumlawoffices@verizon.net

Mitchell Alan Karlan  mkarlan@gibsondunn.com, aarias@gibsondunn.com

**7:13-cv-05948-VB Notice has been delivered by other means to:**

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:13−cv−05948−VB

| | |
|---|---|
| Owens v. Textron Financial Corporation | Date Filed: 08/22/2013 |
| Assigned to: Judge Vincent L. Briccetti | Date Terminated: 07/15/2014 |
| Case in other court: Supreme Court–Sullivan, 13–01993 | Jury Demand: None |
| Cause: 28:1332 Diversity–Other Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

| | |
|---|---|
| **Frank Owens** | represented by **Morton I. Baum**<br>Baum Law Offices, LLP<br>438 Broadway – Po Box 1260<br>Monticello, NY 12701<br>(845)–791–1000<br>Email: baumlawoffices@verizon.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **Textron Financial Corporation** | represented by **Mitchell Alan Karlan**<br>Gibson, Dunn &Crutcher, LLP (NY)<br>200 Park Avenue, 48th Floor<br>New York, NY 10166<br>212–351–3827<br>Fax: 212–351–5254<br>Email: mkarlan@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2013 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Sullivan. Case Number: 2013–1993. (Filing Fee $ 350.00, Receipt Number 465401075235).Document filed by Textron Financial Corporation. (Attachments: # 1 Exhibit A)(rj) (Entered: 08/23/2013) |
| 08/22/2013 | | Case Designated ECF. (rj) (Entered: 08/23/2013) |
| 08/22/2013 | | Magistrate Judge George A. Yanthis is so designated. (rj) (Entered: 08/23/2013) |
| 08/29/2013 | 2 | CERTIFICATE OF SERVICE of Notice of Removal, Civil Cover Sheet and Rule 7.1 Statement served on Frank Owens on 08/22/2013. Service was made by First Class Mail. Document filed by Textron Financial Corporation. (Karlan, Mitchell) (Entered: 08/29/2013) |
| 09/05/2013 | 3 | STIPULATION EXTENDING TIME TO FILE RESPONSIVE PAPERS: IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, that Defendants time to answer, move, or otherwise plead in response to the Complaint is extended until September 30, 2013. SO ORDERED. Textron Financial Corporation answer due 9/30/2013. (Signed by Judge Vincent L. Briccetti on 9/5/2013) (lnl) (Entered: 09/05/2013) |
| 09/30/2013 | 4 | MOTION to Dismiss */ NOTICE OF DEFENDANT TEXTRON FINANCIAL CORPORATION'S MOTION TO DISMISS*. Document filed by Textron Financial Corporation.(Karlan, Mitchell) (Entered: 09/30/2013) |
| 09/30/2013 | 5 | MEMORANDUM OF LAW in Support re: 4 MOTION to Dismiss */ NOTICE OF DEFENDANT TEXTRON FINANCIAL CORPORATION'S MOTION TO* |

| | | |
|---|---|---|
| | | *DISMISS*.. Document filed by Textron Financial Corporation. (Karlan, Mitchell) (Entered: 09/30/2013) |
| 09/30/2013 | 6 | DECLARATION of MITCHELL A. KARLAN in Support re: 4 MOTION to Dismiss / *NOTICE OF DEFENDANT TEXTRON FINANCIAL CORPORATION'S MOTION TO DISMISS*.. Document filed by Textron Financial Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Karlan, Mitchell) (Entered: 09/30/2013) |
| 09/30/2013 | 7 | CERTIFICATE OF SERVICE of Defendant Textron Financial Corporation's Notice of Motion to Dimsiss, Memorandum of Law in Support and Declaration of Mitchell A. Karlan in Support served on Plainiff on 09/30/2013. Service was made by overnight mail, postage prepaid. Document filed by Textron Financial Corporation. (Karlan, Mitchell) (Entered: 09/30/2013) |
| 10/02/2013 | 8 | ORDER: Defendant's having filed a motion to dismiss the complaint on September 30, 2013 (Doc.#4), it is hereby: ORDERED that, by no later than October 10, 2013, plaintiff must notify the Court by letter, with copies simultaneously delivered to all counsel, whether (i) he intends to file an amended complaint, or (ii) he will rely on the complaint that is the subject of the motion to dismiss. If plaintiff elects not to file an amended complaint, the motion to dismiss will proceed in the regular course and, absent special circumstances, no further opportunities to amend will be granted. The time to file opposing and reply papers shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules, unless otherwise ordered by the Court. If plaintiff elects to file an amended complaint, he must file the amended complaint by no later than 14 days after notifying the Court of his intent to do so. Defendant may then either (i) file an answer to the amended complaint, or (ii) file a motion to dismiss the amended complaint, or (iii) notify the Court by letter, with copies simultaneously delivered to all counsel, that it is relying on the initially−filed motion to dismiss. If defendant chooses to file an answer to or motion to dismiss the amended complaint, the time to do so shall be governed by the Federal Rules of Civil Procedure, unless otherwise ordered by the Court. (Signed by Judge Vincent L. Briccetti on 10/1/2013) (rj) (Entered: 10/02/2013) |
| 10/09/2013 | 9 | LETTER addressed to Judge Vincent L. Briccetti from Morton I. Baum dated October 8, 2013 re: intention to file amended complaint. Document filed by Frank Owens.(Baum, Morton) (Entered: 10/09/2013) |
| 10/10/2013 | 10 | ENDORSED LETTER addressed to Judge Vincent L. Briccetti from Morton I. Baum dated 10/8/2013 re: Per your October 2, 2013 Order, plaintiff intends to file an amended complaint. ENDORSEMENT: Plaintiff's amended complaint must be filed by 10/23/2013., ( Amended Pleadings due by 10/23/2013.) (Signed by Judge Vincent L. Briccetti on 10/10/2013) (rj) (Entered: 10/11/2013) |
| 10/18/2013 | 11 | AMENDED COMPLAINT against Textron Financial Corporation.Document filed by Frank Owens.(rj) (Entered: 10/22/2013) |
| 10/22/2013 | 12 | CERTIFICATE OF SERVICE. Textron Financial Corporation served on 10/22/2013, answer due 11/12/2013. Document filed by Frank Owens. (Baum, Morton) (Entered: 10/22/2013) |
| 10/22/2013 | 13 | DEMAND for Trial by Jury. Document filed by Frank Owens (Baum, Morton) (Entered: 10/22/2013) |
| 10/22/2013 | 14 | CERTIFICATE OF SERVICE of Demand For Jury Trial served on Textron Financial Corporation on 10/22/2013. Document filed by Frank Owens. (Baum, Morton) (Entered: 10/22/2013) |
| 10/24/2013 | 15 | LETTER MOTION for Extension of Time to File Answer re: 11 Amended Complaint addressed to Judge Vincent L. Briccetti from Mitchell A. Karlan dated October 24, 2013. Document filed by Textron Financial Corporation.(Karlan, Mitchell) (Entered: 10/24/2013) |
| 10/24/2013 | 16 | ORDER granting 15 Letter Motion for Extension of Time to Answer: Defendant's time to answer, move or otherwise respond to the amended complaint is extended to December 13, 2013. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text |

| | | |
|---|---|---|
| | | Only Order) (Briccetti, Vincent) (Entered: 10/24/2013) |
| 12/13/2013 | 17 | MOTION to Dismiss / *DEFENDANT TEXTRON FINANACIAL CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT*. Document filed by Textron Financial Corporation.(Karlan, Mitchell) (Entered: 12/13/2013) |
| 12/13/2013 | 18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Dismiss / *DEFENDANT TEXTRON FINANACIAL CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT*.. Document filed by Textron Financial Corporation. (Karlan, Mitchell) (Entered: 12/13/2013) |
| 12/13/2013 | 19 | DECLARATION of MITCHELL A. KARLAN in Support re: 17 MOTION to Dismiss / *DEFENDANT TEXTRON FINANACIAL CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT*.. Document filed by Textron Financial Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Karlan, Mitchell) (Entered: 12/13/2013) |
| 12/20/2013 | 20 | FIRST MEMORANDUM OF LAW in Opposition re: 17 MOTION to Dismiss / *DEFENDANT TEXTRON FINANACIAL CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT*.. Document filed by Frank Owens. (Baum, Morton) (Entered: 12/20/2013) |
| 12/26/2013 | 21 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Vincent L. Briccetti from Mitchell A. Karlan dated December 26, 2013. Document filed by Textron Financial Corporation.(Karlan, Mitchell) (Entered: 12/26/2013) |
| 12/27/2013 | 22 | ORDER granting 21 Letter Motion for Extension of Time to File Response/Reply re 17 DEFENDANT TEXTRON FINANACIAL CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT. Reply due 1/13/2014. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (Briccetti, Vincent) (Entered: 12/27/2013) |
| 01/13/2014 | 23 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Dismiss / *DEFENDANT TEXTRON FINANACIAL CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT*.. Document filed by Textron Financial Corporation. (Karlan, Mitchell) (Entered: 01/13/2014) |
| 05/08/2014 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Judith C. McCarthy. Please note that this is a reassignment of the designation only. (pgu) (Entered: 05/08/2014) |
| 07/14/2014 | 24 | MEMORANDUM DECISION: Defendant's motion to dismiss the amended complaint is GRANTED. Plaintiff's request for further leave to replead is DENIED. The Clerk is instructed to terminate the pending motion (Doc. #17) and close this case. SO ORDERED. (Signed by Judge Vincent L. Briccetti on 7/14/2014) (lnl) (Entered: 07/14/2014) |
| 07/14/2014 | | Transmission to Judgments and Orders Clerk. Transmitted re: 24 MEMORANDUM DECISION, to the Judgments and Orders Clerk. (lnl) (Entered: 07/14/2014) |
| 07/15/2014 | 25 | JUDGMENT: ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision, dated July 14, 2014, Defendants' Motion to dismiss is granted; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 7/15/2014) (lnl) (Entered: 07/15/2014) |
| 07/25/2014 | 26 | NOTICE OF APPEAL from 24 Order on Motion to Dismiss,. Document filed by Frank Owens. Filing fee $ 505.00, receipt number 0208–9927360. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Civil Cover Sheet Letter to Clerk, # 2 Affidavit Certificate of Service)(Baum, Morton) (Entered: 07/25/2014) |
| 07/25/2014 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 26 Notice of Appeal. (tp) (Entered: 07/25/2014) |

| 07/25/2014 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 26 Notice of Appeal, filed by Frank Owens were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/25/2014) |